IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>    Petitioners,<br><br>    v.<br><br>SORATU DRILLING LLC,<br><br>    Respondent. | 13 Civ. 4933 (__)<br>ECF Case |

## DECLARATION OF JOSEPH P. MOODHE IN SUPPORT OF THE PETITIONERS' PETITON TO CONFIRM A FOREIGN ARBITRATION AWARD

I, Joseph P. Moodhe, declare as follows:

1.    I am a member of the law firm of Debevoise & Plimpton LLP, counsel to CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited (collectively, "CIMC Raffles"). I am fully familiar with the facts and circumstances underlying this action based on personal knowledge and a review of the files in my possession.

2.    I make this Declaration to put before the Court certain exhibits related to the Petition to Confirm a Foreign Arbitration Award being filed today by CIMC Raffles.

3.    Attached to this Declaration as Exhibit 1 is a true and correct copy of the reissued Interim Final Award dated June 28, 2013, and the reasons for the award.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of the Shipbuilding Contract ("SBC") entered into by the Parties on July 12, 2006.

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of the London Maritime Arbitrators Association's 2006 Terms, effective on or about January 1, 2006.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Third Amendment to the SBC entered into by the Parties on February, 15 2007.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of the Eleventh Amendment to the SBC entered into by the Parties on September 27, 2009.

8. Attached to this Declaration as Exhibit 6 is a true and correct copy of the Twelfth Amendment to the SBC entered into by the Parties on May 24, 2010.

9. Attached to this Declaration as Exhibit 7 is a true and correct copy of Tribunal's Procedural Order No. 1 dated November 20, 2012.

10. Attached to this Declaration as Exhibit 8 is a true and correct copy of the original Interim Final Award dated May 24, 2013, and the reasons for the award.

11. Attached to this Declaration as Exhibit 9 is a true and correct copy of a letter from the Tribunal letter to the Parties dated June 26, 2013.

12. Attached to this Declaration as Exhibit 10 is a true and correct copy of a letter from the Tribunal letter to the Parties dated June 27, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2013.

_____
Joseph P. Moodhe