UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIMC Raffles Offshore (Singapore) Pte. Ltd. and

Yantai CIMC Raffles Offshore Limited
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

13 Civ. 4933 (JSR) ( )

- against -

Soratu Drilling L.L.C.

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Soratu Drilling L.L.C.
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

denying Respondent Soratu Drilling L.L.C.'s motion to dismiss for lack of personal jurisdiction and lack of
*(describe the judgment)*

finality of the foreign arbitration awards, or alternatively to stay enforcement pending a U.K. appeal from the

foreign arbitration awards, and recognizing and entering judgment on the foreign arbitration awards

entered in this action on the 26th day of September, 2013.
*(date)* *(month)* *(year)*

*Signature*

1345 Avenue of the Americas
*Address*

New York, New York 10105
*City, State & Zip Code*

DATED: October 28, 2013          (212) 903 - 9000
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*